

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-12-00238-CR

Kimberly Clark **SAENZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 217th Judicial District Court, Angelina County, Texas
Trial Court No. CR28665
The Honorable Barry R. Bryan, Judge Presiding

BEFORE CHIEF JUSTICE STONE,[1] JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED August 26, 2015.

_____
Patricia O. Alvarez, Justice

---

[1] Chief Justice Catherine M. Stone, retired, not participating.